# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **JAMIE GILBO,** | ) | **CASE NO. 1:19-CV-00767** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| **vs.** | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **AGMENT LLC, ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

On February 14, 2020, this Court published an Order granting summary judgment in favor of the plaintiffs and against the defendants as to Count I and II of the Complaint. The Court instructed plaintiff to submit a notice regarding trial on the remaining counts. On February 21, 2020 the plaintiffs advised the Court they will not go forward Counts III, IV, and V regarding overtime and tip violations.

**IT IS, THEREFORE, ORDERED** that the above-captioned case is dismissed for the reasons set out in this Court's February 14, 2020, order and for the reason that plaintiffs give up pursuing the remaining claims.

Dated:  February 24, 2020                     *s/  James S. Gwin*
                                              JAMES S. GWIN
                                              UNITED STATES DISTRICT JUDGE